```
ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANNA LEE TESKE, | Case No.: 2:25-cv-01480-JDP |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |
| vs. | |
| Commissioner of Social Security, | |
| Defendant. | |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from October 23, 2025, up to and including November 24, 2025.  This is Defendant's second request for an extension.

At the end of the day on September 30, 2025, the appropriations that have been funding the Department of Justice expired and appropriations to the Department lapsed.  The same is true for most Executive agencies, including federal defendant Social Security Administration (SSA).  It is not clear when funding will be restored by Congress.

Stip. for Ext.; 2:25-cv-01480-JDP                             1

1  In the absence of either a Fiscal Year 2026 appropriation or a continuing resolution to
2 continue the ongoing operations of the Social Security Administration (SSA), no further
3 financial obligations may be incurred by SSA, except for that work which, as defined by law, is
4 excepted from the limitations of Anti-Deficiency Act (ADA). See 31 U.S.C. §§ 1341–1342.
5  Effective Monday, October 20, 2025, the Social Security Administration has determined
6 that undersigned counsel and colleagues within her office may perform work on Social Security
7 cases arising under 42 U.S.C. § 405(g) during the current lapse in appropriations as excepted
8 work.
9  Although the undersigned counsel is permitted to work on Social Security cases arising
10 under 42 U.S.C. § 405(g) as of October 20, 2025, undersigned counsel has many pressing
11 deadlines resulting from the lapse in funding.
12  Undersigned counsel therefore requests an extension of time for 30 days.
13  The parties further stipulate that the Court's Scheduling Order shall be modified
14 accordingly.  The parties further stipulate that the Court's Scheduling Order shall be modified
15 accordingly.

Respectfully submitted,

Dated: October 28, 2025       /s/ *Francesco Benavides**
                              (*as authorized via e-mail on October 28, 2025)
                              FRANCESCO BENAVIDES
                              Attorney for Plaintiff


Dated: October 28, 2025       ERIC GRANT
                              United States Attorney
                              MATHEW W. PILE
                              Head of Program Litigation 1
                              Social Security Administration

                        By:   /s/ *Erin Jurrens*
                              ERIN JURRENS
                              Special Assistant U.S. Attorney

                              Attorneys for Defendant

1
2                                    **ORDER**
3       Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an
4  extension, up to and including November 24, 2025 to respond to Plaintiff's Motion for Summary
5  Judgment.
6  IT IS SO ORDERED.
7
8  Dated:    October 28, 2025                    _____
9                                                JEREMY D. PETERSON
                                                 UNITED STATES MAGISTRATE JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28